# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PIPELINE FOODS, LLC, *et al.*,[1] | Case No. 21-11002 (KBO) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 14, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Omnibus Declaration of Winston Mar in Support of Debtors' Initial Emergency First Day Motions and Related Relief** (Docket No. 6)

- **Motion of the Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases** (Docket No. 7)

- **Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, and (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 20 Largest Unsecured Creditors** (Docket No. 8)

- **Application of the Debtors for Entry of an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f), Authorizing Appointment of Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent to the Debtors, *Nunc Pro Tunc* to the Petition Date** (Docket No. 9)

- **Motion of the Debtors for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank and Investment Accounts, and Business Forms and Payment of Related Prepetition Obligations, and (II) Waiving Certain Deposit Requirements** (Docket No. 10)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Salary, Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief** (Docket No. 11)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pipeline Foods, LLC (5070); Pipeline Holdings, LLC (5754); Pipeline Foods Real Estate Holding Company, LLC (7057); Pipeline Foods, ULC (3762); Pipeline Foods Southern Cone S.R.L. (5978); and Pipeline Foods II, LLC (9653). The Debtors' mailing address is 6499 University Avenue NE, Suite 200, Fridley, MN 55432.

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service** (Docket No. 12)

- **Motion of the Debtors for Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** (Docket No. 13)

- **Order Directing Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 32)

- **Order (I) Authorizing the Debtors to File a Consolidated List of Creditors, and (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 20 Largest Unsecured Creditors** (Docket No. 38)

- **Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a), and Local Rule 2002-1(f) Authorizing Appointment of Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* to Petition Date** (Docket No. 39)

- **Interim Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief** (Docket No. 40)

- **Interim Order (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service** (Docket No. 41)

- **Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank and Investment Accounts, and Business Forms and Payment of Related Prepetition Obligations, and (II) Waiving Certain Deposit Requirements** (Docket No. 43)

- **Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief** (Docket No. 47)

- **Omnibus Notice of Entry of First Day Orders and Final Hearing Thereon** (Docket No. 48)

Furthermore, on July 14, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on BMO Harris Bank, NA, Attn: Candice Korkis at candice.korkis@bmo.com:

- **Motion of the Debtors for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank and Investment Accounts, and Business Forms and Payment of Related Prepetition Obligations, and (II) Waiving Certain Deposit Requirements** (Docket No. 10)

- **Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank and Investment Accounts, and Business Forms and Payment of Related Prepetition Obligations, and (II) Waiving Certain Deposit Requirements** (Docket No. 43)

- **Omnibus Notice of Entry of First Day Orders and Final Hearing Thereon** (Docket No. 48)

Furthermore, on July 14, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Salary, Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief** (Docket No. 11)

- **Interim Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief** (Docket No. 40)

- **Omnibus Notice of Entry of First Day Orders and Final Hearing Thereon** (Docket No. 48)

Furthermore, on July 14, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service** (Docket No. 12)

[SPACE LEFT INTENTIONALLY BLANK]

- **Interim Order (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service** (Docket No. 41)

- **Omnibus Notice of Entry of First Day Orders and Final Hearing Thereon** (Docket No. 48)

Furthermore, on July 14, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Motion of the Debtors for Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** (Docket No. 13)

- **Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief** (Docket No. 47)

- **Omnibus Notice of Entry of First Day Orders and Final Hearing Thereon** (Docket No. 48)

In addition to the method of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 15, 2021

_____
Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 15th day of July, 2021, by Sabrina G. Tu proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Agri Exim DMCC | Attn: Suraj Sharma | Unit N: 2503, 1 Lake Plaza | Plot No: JLT-PH2-T2A | Jumeirah Lakes Towers | Dubai | 00000 | United Arab Emirates |
| BNSF Railway Company | | 3110 Solutions Center | | Chicago | IL | 60677 | |
| Brushvale Seed Inc. | Attn: Jon Miller | 1656 280th St | | Breckenridge | MN | 56520 | |
| Chaplin Grain LLC | Attn: Alex & Ron | 322 4th Ave. | | Chaplin | SK | S0H 0V0 | Canada |
| Crystal Valley Farms Miller Poultry | Attn: Cheri Bovee | 3945 N State 327 | | Orland | IN | 467776 | |
| Dahl Trucking | Attn: Aaron Dahl | 9240 Hwy 1 South | | Langdon | ND | 58249 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Ecopure Specialities Limited | Attn: Anu Sharma | Unit 134 First Fl Rectangle 1 Sakey | | New Delhi | DE | 110017 | India |
| Ford Motor Credit Company | c/o McCabe, Weisberg & Conway, LLC | Attn: Janet Charlton & Michael Pak | 1407 Foulk Rd Ste 204 FoulkstonePlz | Wilmington | DE | 19803 | |
| Gavilon Grain LLC | Attn: Mike Rennau | 1331 Capitol Ave | | Omaha | NE | 68102-5022 | |
| Hemingway Brant | Attn: Brant Hemingway | 78346 310th St. | | Ellendale | MN | 56026 | |
| Herbst Farms | Attn: Cynthia Herbst | 63993 260th Ave | | Kasson | MN | 55944 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jim Wolf | Attn: Dean Zimmerli | 49080 270th St | | Jeffers | MN | 56145 | |
| LSM Commodities Ltd. | Attn: Lynn McMillan | 203 3550 Taylor St | | Saskatoon | SK | S7H 5H9 | Canada |
| Minnesota Department of Agriculture | | 625 Robert Street North | | Saint Paul | MN | 55155-2538 | |
| Motl Kev Farmer Merchant State Bank | Attn: Kevin Motl | 12722 64th Ave S.E. | | Blooming Prairie | MN | 55917 | |
| Office of The US Trustee | For The District Of Delaware | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Organic Farmers Michigan | Attn: Stacey Steely | 5095 Argyle Rd | | Decker | MI | 48426 | |
| Organic Ventures, Inc. | Attn: Rick Halverson | W26001 Volds Ln | | Arcadia | WI | 54612 | |
| Pederson Earl | Attn: Earl Pederson | 3077 County Hwy 42 | | Bejou | MN | 56516 | |
| Richland Grain StateBankNewRichland | Ann Hagen | 112 3rd St. NE PO BOX 235 | | New Richland | MN | 56072 | |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Andrew Calamari | NY Regional Office Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Simmons Feed & Supply Simmons Grain | Attn: Eric Simmons | 600 Snyder Road | | Salem | OH | 44460 | |
| Spot Freight | | 141 South Meridian St | Suite 200 | Indianapolis | IN | 46225 | |
| State of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State of North Dakota | Office Of The Attorney General | 600 E Boulevard Ave Dept 125 | State Capitol | Bismarck | ND | 58505 | |
| United States Attorney's Office | For The District Of Delaware | 1313 N Market Street | | Wilmington | DE | 19801 | |
| United States Attorney's Office | For The District of Minnesota | 300 S 4th Street Suite 600 | | Minneapolis | MN | 55415 | |
| Yantai Shuangta Food Co., LTD | Attn: Matthew Ji | #668 Jincheng Road | Zhaoyuan City | Shandong Province | | 265400 | China |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Agri Exim DMCC | Attn: Suraj Sharma | | suraj.sharma@agrieximfze.com |
| Agri Exim DMCC | c/o SulmeyerKupetz | Attn: Victor A Sahn & David V Sack | vsahn@sulmeyerlaw.com<br>dsack@sulmeyerlaw.com |
| Bar ALE, Inc. | c/o Ballard Spahr LLP | Attn: Matthew G Summers & Laurel D Roglen | summersm@ballardspahr.com<br>roglenl@ballardspahr.com |
| Brushvale Seed Inc. | Attn: Jon Miller | | seed@brushvaleseed.com |
| Chaplin Grain LLC | Attn: Alex & Ron | | chaplingrain.alex@sasktel.net<br>chaplingraincorp@sasktel.net |
| Compeer Financial PCA and Compeer Financial FLCA | c/o Stinson LLP | Attn: Adam Nathe and Edwin Caldie | adam.nathe@stinson.com<br>ed.caldie@stinson.com |
| Coöperatieve Rabobank U.A., New York Branch | c/o Norton Rose Fulbright US LLP | Attn: H Stephen Castro and Eric Daucher | stephen.castro@nortonrosefulbright.com<br>eric.daucher@nortonrosefulbright.com |
| Coöperatieve Rabobank U.A., New York Branch | c/o Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com |
| Crystal Valley Farms LLC DBA Miller Poultry LLC | Attn: Cheri Bovee | | cherib@millerpoultry.com |
| Dahl Trucking | Attn: Aaron Dahl | | aaron@dahltrk.com |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Ecopure Specialities Limited | Attn: Anu Sharma | | anu.sharma@ltgroup.in |
| Gavilon Grain LLC | Attn: Mike Rennau | | mike.rennau@gavilon.com |
| Hemingway Brant | Attn: Brant Hemingway | | branthemingway@gmail.com |
| Herbst Farms | Attn: Cynthia Herbst | | bherbst@kmtel.com |
| Jim Wolf | Attn: Dean Zimmerli | | dzimmerli@gislason.com |
| LSM Commodities Ltd. | Attn: Lynn McMillan | | lynn@lsmcommodities.com |
| Motl Kevin & Farmers and Merchants State Bank of Blooming Prairie | Attn: Kevin Motl | | fmbank@citlink.net |
| Omni Foods, Inc. | c/o Mirman, Bubman & Nahmias, LLC | Attn: Alan I Nahmias | anahmias@mbn.law |
| Organic Farmers Michigan | Attn: Stacey Steely | | stacey@organicfarmersofmichigan.com |
| Organic Ventures, Inc. | Attn: Rick Halverson | | rhalverson@pipelinefoods.com |
| Pederson Earl | Attn: Earl Pederson | | pederbro@gvtel.com |
| Richland Grain LLC & State Bank of New Richland | Ann Hagen | | ahagen@sbnr.biz |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti, Monique B DiSabatino & Matthew P Milana | | mark.minuti@saul.com<br>monique.disabatino@saul.com<br>matthew.milana@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Michael L Gesas, Barry A Chatz & David A Golin & Andrew J Rudolph | | michael.gesas@saul.com<br>barry.chatz@saul.com<br>David.Golin@saul.com<br>andrew.rudolph@saul.com |
| Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Simmons Feed & Supply LLC, dba Simmons Grains Co. | Attn: Eric Simmons | | eric@simmonsgrain.com |
| Spot Freight | | | celsener@spotinc.com |
| State of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Waste Management | c/o Monzack Mersky and Browder, PA | Attn: Rachel B Mersky | rmersky@monlaw.com |
| Yantai Shuangta Food Co., LTD | Attn: Matthew Ji | | matthew@orientalprotein.com |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

Page 2 of 2

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Banco Galicia | | Avenida Del Libertador 14806 | Acassuso | Buenos Aires | | | Argentina |
| Banco Macro S.A. - Casa Central | | Av. Eduardo Madero N1182 | C1106ACY | Ciudad Autonoma de Buenos Aires | | | Argentina |
| Bank of America | | 181 Bay Street, Suite 400 | | Toronto | Ontario | M5J 2V8 | Canada |
| Bank of America | | 80 South 8th Street | | Minneapolis | MN | 55402 | |
| Bank of Montreal | | 100 King Street W Main Floor | | Toronto | Ontaio | M5X 1A3 | Canada |
| BMO Harris Bank, NA | Attn: Candice Korkis | 111 W Monroe St. Ste 19E | | Chicago | IL | 60603 | |
| R.J. O'Brien & Associates, LLC | | 222 South Riverside Plaza Suite 1200 | | Chicago | IL | 60606 | |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via First-Class Mail

| Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|
| Alerus Financial Corporation | 401 DeMers Ave | Grand Forks | ND | 58201 | |
| Blue Cross Blue Shield of Canada | 185 The West Mall Suite 610 | Etobicoke | Ontario | M9C 5P1 | Canada |
| Blue Cross Blue Shield of Minnesota | 3535 Blue Cross Rd | Eagan | MN | 55122 | |
| Blue Marble Global Payroll | 1849 Green Bay Road Suite 280 | Highland Park | IL | 60035 | |
| EyeMed Vision Care | 4000 Luxottica Pl | Mason | OH | 45040 | |
| Paylocity Holding Corporation | 1400 American Lane | Schaumburg | IL | 60173 | |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Advanced Waste Solutions | Box 671 | | Gull Lake | Saskatchewan | S0N 1A0 | Canada |
| Alliant Energy/IPL | PO Box 3060 | | Cedar Rapids | IA | 52406-3060 | |
| Arvig | 150 Second St SW | | Perham | MN | 56573 | |
| Atlantic Municipal Utilities | 15 W 3rd St | | Atlantic | IA | 50022 | |
| Black Hills Energy | PO Box 6001 | | Rapid City | SD | 57709 | |
| Burke-Divide Electric Co-Op | 9549 Hwy 5 PO Box 6 | | Columbus | ND | 58727 | |
| Centurylink | PO Box 2956 | | Phoenix | AZ | 85062-2956 | |
| City of Cresco | 13 N Park Place | | Cresco | IA | 52136 | |
| City of Ellendale | 106 6th Ave W PO Box 385 | | Ellendale | MN | 56026 | |
| City of Lignite | PO Box 232 | | Lignite | ND | 58752 | |
| Cook Sanitation | Box 27 | | Atlantic | IA | 50022 | |
| Greater Minnesota Gas Inc. | PO Box 798 | | Faribault | MN | 55021 | |
| I29 Internet Services | 702 Main Ave | | Moorhead | MN | 56560 | |
| Loraas Disposal | 620 McLeod St. | | Regina | Saskatchewan | S4N 4Y1 | Canada |
| Manitoba Hydro | PO Box 7900 Stn Main | | Winnipeg | Manitoba | R3C 5R1 | Canada |
| Mediacom Business | 473 Indianhead #105 | | Mason City | IA | 50401 | |
| Metronet | 3701 Communications Way | | Evansville | IN | 47715 | |
| Minnesota Energy Resources | PO Box 6040 | | Carol Stream | IL | 60197 | |
| Montana-Dakota Utilities | PO Box 5600 | | Bismarck | ND | 58506 | |
| Moorhead Public Service | PO Box 779 500 Center Aven. | 2nd Floor City Hall | Moorhead | MN | 56561 | |
| NCC | PO Box 38 | | Ray | ND | 58849 | |
| Network Service Billing Inc | PO Box 95-0267 | | Louisville | KY | 40295 | |
| Nishnanet LLC | 2 East 6th St | | Atlantic | IA | 50022 | |
| Sask Power | 2025 Victoria Ave | | Regina | Saskatchewan | S4P0S1 | Canada |
| SaskEnergy | 2025 Victoria Ave | | Regina | Saskatchewan | S4P0S1 | Canada |
| SaskTel | PO Box 2121 | | Regina | Saskatchewan | S4P 4C5 | Canada |
| Shaw Business Solutions (Voice) | PO Box 1607 | Station M | Calgary | Alberta | T2P 2L7 | Canada |
| Shaw Cable | PO Box 2468 | Station M | Calgary | Alberta | T2P 4Y2 | Canada |
| Steele-Waseca Cooperative Electric | 2411 West Bridge St | PO Box 485 | Owatonna | MN | 55060 | |
| Town of Gull Lake | Box 150 | | Gull Lake | Saskatchewan | S0N 1A0 | Canada |
| Town of Wapella | PO Box 189 | | Wapella | Saskatchewan | S0G 4Z0 | Canada |
| Velocity Telephone | 656 Mendelssohn Ave N | | Golden Valley | MN | 55427 | |
| Waste Management - 4648 | PO Box 42390 | | Phoenix | AZ | 85080 | |
| Windstream | 1720 Galleria Blvd | | Charlotte | NC | 28270 | |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CoBank ACB | | PO Box 5110 | | Denver | CO | 80217 | |
| Compeer Financial PCA FLCA | c/o Stinson LLP | 50 South Sixth Street Suite 200 | Attn: Adam Nathe and Edwin Caldie | Minneapolis | MN | 55402 | |
| Farm Credit Canada | | 3700 Victoria Avenue E | | Regina | Saskatchewan | S4Z 1A5 | Canada |
| ING Capital LLC | Attn: Daniel W Lamprecht | 1133 Avenue of the Americas | | New York | NY | 10036 | |
| Rabobank International | | 245 Park Avenue | | New York | NY | 10167 | |

In re: Pipeline Foods, LLC, et al.
Case No. 21-11002 (KBO)

Page 1 of 1