# **Exhibit 2**

**Soy Forecast in pounds**  12/7/2020

| | | 2020 | 2021 | | | | | | | | | | | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Total |
| **ORGANIC** | | | | | | | | | | | | | | |
| **Crookston - 1051677** Organic Cracked in Totes | | 107,844 | 70,641 | 122,819 | 120,336 | 126,916 | 118,929 | 119,191 | 119,354 | 121,200 | 121,406 | 121,368 | 120,845 | 1,390,849 |
| **Alex - 3rd Ave - 1051677** Organic Cracked in Totes | | - | - | - | - | - | - | - | - | - | | | | |
| **Alex - 3rd Ave - 1104462** Organic Cracked Bulk | | 416,964 | 596,440 | 624,691 | 685,111 | 679,319 | 449,431 | 463,614 | 768,111 | 385,729 | 478,655 | 729,787 | 546,329 | 6,824,181 |
| **Modesto - 1051677** Organic Cracked in Totes | | 762,642 | 821,770 | 774,456 | 394,280 | 695,965 | 477,598 | 536,702 | 638,111 | 525,799 | 587,064 | 678,592 | 563,371 | 7,456,348 |
| **TOTAL ORGANIC** | | **1,287,449** | **1,488,851** | **1,521,965** | **1,199,727** | **1,502,200** | **1,045,958** | **1,119,507** | **1,525,576** | **1,032,729** | **1,187,125** | **1,529,747** | **1,230,544** | **15,671,378** |
| **CONVENTIONAL** | | | | | | | | | | | | | | |
| **Alex - 3rd Ave - 1055572** NON-Organic Cracked in Totes | | 150,001 | 37,500 | 100,001 | 37,500 | 150,001 | 37,500 | 50,000 | 87,501 | 56,789 | 66,169 | 114,438 | 112,663 | 1,000,065 |
| **Modesto - 1055572** NON-Organic Cracked in Totes | | 103,741 | 124,261 | 109,643 | 93,816 | 95,149 | 124,425 | 110,140 | 120,015 | 140,475 | 118,133 | 136,180 | 101,527 | 1,377,504 |
| **TOTAL CONVENTIONAL** | | **253,742** | **161,761** | **209,643** | **131,316** | **245,151** | **161,925** | **160,140** | **207,516** | **197,264** | **184,301** | **250,619** | **214,191** | **2,377,569** |

| Soy Forecast in pounds | 3/8/2021 | | | | 2021 | | | | | | 2022 | | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Total |
| **ORGANIC** | | | | | | | | | | | | | |
| **Crookston - 1051677** | | | | | | | | | | | | | |
| Organic Cracked in Totes | 80,116 | 85,873 | 76,944 | 77,334 | 77,872 | 79,823 | 79,745 | 79,511 | 78,918 | 79,116 | 50,255 | 50,897 | 896,404 |
| **Alex - 3rd Ave - 1051677** | | | | | | | | | | | | | |
| Organic Cracked in Totes | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Alex - 3rd Ave - 1104462** | | | | | | | | | | | | | |
| Organic Cracked Bulk | 351,879 | 547,647 | 417,343 | 312,060 | 588,599 | 354,439 | 443,786 | 593,973 | 548,718 | 494,198 | 572,384 | 437,433 | 5,662,460 |
| **Modesto - 1051677** | | | | | | | | | | | | | |
| Organic Cracked in Totes | 387,021 | 455,848 | 469,835 | 665,599 | 646,287 | 415,119 | 500,438 | 867,589 | 425,276 | 595,452 | 767,361 | 413,620 | 6,609,446 |
| **TOTAL ORGANIC** | 819,017 | 1,089,368 | 964,122 | 1,054,993 | 1,312,758 | 849,381 | 1,023,969 | 1,541,072 | 1,052,912 | 1,168,766 | 1,390,001 | 901,951 | 13,168,310 |
| **CONVENTIONAL** | | | | | | | | | | | | | |
| **Alex - 3rd Ave - 1055572** | | | | | | | | | | | | | |
| NON-Organic Cracked in Totes | 50,000 | 150,001 | - | 50,000 | 100,001 | 50,000 | 50,000 | 150,001 | 100,001 | - | 134,111 | 98,279 | 932,395 |
| **Modesto - 1055572** | | | | | | | | | | | | | |
| NON-Organic Cracked in Totes | 94,445 | 94,445 | 120,518 | 107,827 | 116,875 | 134,855 | 114,852 | 131,391 | 104,361 | 115,729 | 121,305 | 116,250 | 1,372,853 |
| **TOTAL CONVENTIONAL** | 144,446 | 244,446 | 120,518 | 157,828 | 216,875 | 184,856 | 164,853 | 281,393 | 204,361 | 115,729 | 255,416 | 214,528 | 2,305,248 |

**Soy Forecast in pounds**    5/10/2021

| | | 2021 | | | | | | | 2022 | | | | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Total |
| **ORGANIC** | | | | | | | | | | | | | |
| **Crookston - 1051677**  Organic Cracked in Totes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Alex - 3rd Ave - 1051677**  Organic Cracked in Totes | - | - | - | - | - | - | - | - | - | - | - | | |
| **Alex - 3rd Ave - 1104462**  Organic Cracked Bulk | 370,315 | 382,175 | 540,404 | 358,384 | 318,752 | 535,227 | 436,905 | 400,320 | 532,710 | 433,007 | 468,371 | 618,257 | 5,394,825 |
| **Modesto - 1051677**  Organic Cracked in Totes | 403,250 | 420,446 | 566,901 | 417,029 | 430,753 | 590,766 | 476,178 | 451,528 | 641,817 | 490,047 | 533,033 | 611,675 | 6,033,422 |
| **TOTAL ORGANIC** | 773,564 | 802,621 | 1,107,304 | 775,412 | 749,505 | 1,125,993 | 913,083 | 851,848 | 1,174,527 | 923,054 | 1,001,404 | 1,229,932 | 11,428,247 |
| **CONVENTIONAL** | | | | | | | | | | | | | |
| **Alex - 3rd Ave - 1055572**  NON-Organic Cracked in Totes | 100,001 | 50,000 | 100,001 | 50,000 | 50,000 | 150,001 | 100,001 | - | 140,446 | 105,568 | 22,821 | 203,446 | 1,072,285 |
| **Modesto - 1055572**  NON-Organic Cracked in Totes | 130,270 | 95,337 | 115,330 | 159,497 | 107,322 | 148,989 | 79,740 | 104,405 | 118,973 | 109,441 | 66,824 | 68,889 | 1,305,017 |
| **TOTAL CONVENTIONAL** | 230,271 | 145,337 | 215,331 | 209,498 | 157,322 | 298,990 | 179,740 | 104,405 | 259,419 | 215,009 | 89,645 | 272,336 | 2,377,302 |

**Soy Forecast in pounds**          7/12/2021

| | | 2021 | | | | | 2022 | | | | | | 12 Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
| **ORGANIC** | | | | | | | | | | | | | |
| **Crookston - 1051677**<br>Organic Cracked in Totes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Alex - 3rd Ave - 1243920**<br>PCR Tested Organic Cracked in Totes | 176,000 | 176,000 | - | - | - | - | - | - | - | - | - | | |
| **Alex - 3rd Ave - 1104462**<br>Organic Cracked Bulk | 432,000 | 378,000 | 441,646 | 604,600 | 746,347 | 462,407 | 600,084 | 512,553 | 627,733 | 615,510 | 599,258 | 366,498 | 6,386,635 |
| **Modesto - 1051677**<br>Organic Cracked in Totes | 257,000 | 429,000 | 694,277 | 1,009,656 | 631,874 | 529,773 | 930,884 | 461,658 | 598,022 | 955,089 | 394,225 | 516,433 | 7,407,890 |
| **TOTAL ORGANIC** | **689,000** | **807,000** | **1,135,922** | **1,614,255** | **1,378,221** | **992,180** | **1,530,968** | **974,211** | **1,225,755** | **1,570,600** | **993,483** | **882,930** | **13,794,525** |
| **CONVENTIONAL** | | | | | | | | | | | | | |
| **Alex - 3rd Ave - 1055572**<br>NON-Organic Cracked in Totes | 44,000 | 220,000 | 43,200 | 172,800 | 43,200 | 43,200 | 134,982 | 100,277 | 33,724 | 208,352 | 61,268 | 112,085 | 1,217,088 |
| **Modesto - 1055572**<br>NON-Organic Cracked in Totes | 86,000 | 257,000 | 138,784 | 159,926 | 126,293 | 139,059 | 146,565 | 142,323 | 121,814 | 128,546 | 145,036 | 136,586 | 1,727,933 |
| **TOTAL CONVENTIONAL** | **130,000** | **477,000** | **181,984** | **332,726** | **169,493** | **182,259** | **281,547** | **242,600** | **155,538** | **336,898** | **206,305** | **248,671** | **2,945,021** |