# **Exhibit 4**

| | |
|---|---|
| **From:** | Mark Schumacher |
| **To:** | Jaco van Walsem |
| **Cc:** | CJ Eisler; Barend Reijn; Mark Schumacher |
| **Subject:** | SunOpta Update - Request |
| **Date:** | July 15, 2021 2:11:05 PM |
| **Attachments:** | Pipeline - July Forecast and PO"s 2021 .xlsx |

Jaco,

Please see the updated SunOpta forecast for the next 12 months and a list of all Purchase Orders needed into September for Alexandria and Modesto.

At this point, we have outstanding unfilled purchase orders that are now late. Further, in light of Pipeline's bankruptcy and its announcement in court yesterday that it would not be buying further inventory coupled with our immediate need to plan for our production and have product so that we can work to avoid breaching our contractual obligations to our customers, SunOpta urgently needs to understand from Pipeline if you are able to meet your contractual obligations to supply 100% of our soy bean needs in accordance with the terms of our contract.

Specifically, by EOD today, we need Pipeline to provide the following in writing:

1. Confirmation and a means for SunOpta to verify to its satisfaction that Pipeline will be able to supply all orders through the month of September in the ordinary course and by the dates reflected in the attached Purchase Orders;
2. Confirmation and a means for SunOpta to verify to its satisfaction that Pipeline currently has the inventory on hand at your facilities, sufficient to fulfill SunOpta's purchase orders through September; and
3. If you plan to request SunOpta to make any accommodations in connection with the acquisition of product, please specify them so that we can determine whether or not they are something we can accommodate.

If we do not receive a response with appropriate means of verification by EOD today, we will assume that Pipeline cannot or otherwise does not intend to fulfill these Purchase Orders and other obligations.

I am available anytime by cell – please give me a call if you have questions.



**Mark A Schumacher**
**Senior Director of Procurement**

952.837.6516 | mobile: 612.790.0513
mark.schumacher@sunopta.com
www.sunopta.com
7301 OHMS LANE, SUITE 600 | EDINA, MN 55439