IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| **PIPELINE FOODS, LLC**, *et al.*,[1] | ) Case No. 21-11002 (KBO) <br> ) |
| Debtors. | ) Jointly Administered <br> ) |

## NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that on the date hereof, the above-captioned debtors and debtors in possession have filed the Creditor Matrix (attached hereto as **Exhibit A**) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

[remainder of page left intentionally blank]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pipeline Foods, LLC (5070); Pipeline Holdings, LLC (5754); Pipeline Foods Real Estate Holding Company, LLC (7057); Pipeline Foods, ULC (3762); Pipeline Foods Southern Cone S.R.L. (5978); and Pipeline Foods II, LLC (9653). The Debtors' mailing address is 6499 University Avenue NE, Suite 200, Fridley, MN 55432.

38756115.1 07/20/2021

| | |
|---|---|
| Dated: July 20, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
Matthew P. Milana (DE Bar No. 6681)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com
matthew.milana@saul.com

-and-

Michael L. Gesas (admitted *pro hac vice*)
Barry A. Chatz (admitted *pro hac vice*)
David A. Golin (admitted *pro hac vice*)
Andrew J. Rudolph
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michael.gesas@saul.com
barry.chatz@saul.com
david.golin@saul.com
andrew.rudolph@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*