# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PIPELINE FOODS, LLC, *et al.*[1] | ) |
| | ) Case No. 21-11002 (KBO) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. __ |
| | ) |

## ORDER GRANTING EMERGENCY MOTION OF ECOPURE SPECIALTIES LIMITED FOR RELIEF FROM THE AUTOMATIC STAY

Upon the emergency motion (the "Motion"),[2] filed by Ecopure Specialties Limited ("Ecopure"), for relief from the automatic stay, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware dated February 29, 2012; and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice was adequate and proper under the circumstances; and the Court having reviewed the Motion and the requested relief, and after due deliberation, having determined that good and sufficient cause appears therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pipeline Foods, LLC (5070); Pipeline Holdings, LLC (5754); Pipeline Foods Real Estate Holding Company, LLC (7057); Pipeline Foods, ULC (3762); Pipeline Foods Southern Cone S.R.L. (5978); and Pipeline Foods II, LLC (9653). The Debtors' mailing address is 6499 University Avenue NE, Suite 200, Fridley, MN 55432.

[2] Capitalized terms but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{05620216.DOCX.}

2.      The automatic stay is modified pursuant to section 362(d)(1) of the Bankruptcy Code to permit Ecopure to terminate the Purchase Contracts with Pipeline.  Ecopure is further authorized to resell the Arrived Unpaid Products, the Products in Transit, and the organic products that are pending shipment.

3.      Pipeline is authorized and directed to assist Ecopure in transferring the bills of lading, organic certifications, and other documents relating to the products to Ecopure.  Ecopure is likewise authorized to cause the transfer of such bills of lading, organic certifications, and other documents relating to the products.

4.      This Order shall be effective immediately upon entry and the relief granted herein shall not be subject to the fourteen-day stay provided by Bankruptcy Rule 4001(a)(3).

5.      This Court shall retain jurisdiction to implement, interpret, and enforce this Order.

{05620216.DOCX.}