**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service, and also served upon the parties listed below by electronic mail.

*/s/ Kelly M. Conlan*
Kelly M. Conlan (DE 4786)

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
Matthew P. Milana, Esq.
Michael L. Gesas, Esq.
Barry A. Chatz, Esq.
David A. Golin, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Email:  mark.minuti@saul.com
monique.disabatino@saul.com
matthew.milana@saul.com
michael.gesas@saul.com
barry.chatz@saul.com
david.golin@saul.com
andrew.rudolph@saul.com