**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Pipeline Foods, LLC*, et al.* | : | Case No. 21-11002 (KBO) |
| | : | |
| | : | |
| | : | FIRST AMENDED NOTICE OF |
| | | APPOINTMENT OF COMMITTEE |
| Debtors. | | OF UNSECURED CREDITORS* |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.      **Simmons Feed & Supply LLC, dba Simmons Grain Co.,** Attn: Annette Cook**,** 600 Snyder Rd., Salem, OH  44460, Phone: 330-337-7705, Email: annette@simmonsgrain.com

2.      **Crystal Valley Farms, LLC, dba Miller Poultry,** Attn: Clayton Miller and Karen Brenneman, P.O. Box 239, Orland, IN  46776, Phone: 574-202-4925, Email: claytonm@millerpoultry.com and karenb@millerpoultry.com

3.      **Earl Pederson,** 3077 County Hwy 42, Bejou, MN 56516, Phone: 218-790-4106, Email: pederbro@gvtel.com

4.      **Brushvale Seed, Inc.,**  Attn: Jon Miller, 1656 280th St., Breckenridge, MN 56520, Phone: 218-643-2311, email: seed@brushvaleseed.com

5.      **Dahl Trucking LLC,** Attn: Lonnie Bartlett, 9240 Hwy 1, Langdon, ND  58249, Phone 701-256-3959, Email: Lonnie@dahltrk.com

6.      **Richland Grains LLC,** Attn: Matt Holland, 6821 West Hwy 30, Ellendale, MN 56026, Phone: 507-456-5601, Email: hollandag05@gmail.com

7.      **Brant Hemingway**, 78346 310th St., Ellendale, MN  56026, Email: Branthemingway@gmail.com

             ANDREW R. VARA
             United States Trustee, Region 3

             */s/ Jane Leamy* for
             T. PATRICK TINKER
             ASSISTANT UNITED STATES TRUSTEE

DATED: July 22, 2021

Attorney assigned to this Case: Jane Leamy, Esq., Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: Monique DiSabatino, Esq., Phone: 302-421-6806; Fax: 215-972-2297

*Amended to reflect (i) the resignation of Agri Exim DMCC, and (ii) the addition of Brant Hemingway, both as of July 22, 2021.