## **EXHIBIT 3**

**Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PIPELINE FOODS, LLC, *et al.*,[1] | ) Case No. 21-11002 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(b)(9) CLAIMS

**PLEASE TAKE NOTICE** that on July 8, 2021 and July 12, 2021 (together, the "**Petition Date**"), Pipeline Foods, LLC; Pipeline Holdings, LLC; Pipeline Foods Real Estate Holding Company, LLC; Pipeline Foods, ULC; Pipeline Foods Southern Cone S.R.L.; and Pipeline Foods II, LLC (together, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that on September 1, 2021, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on September [●], 2021, the United States Bankruptcy Court for the District of Delaware (the "**Court**"), having jurisdiction over the Debtors' chapter 11 cases, entered an order (the "**Bar Date Order**") establishing:

**General Bar Date: [●], 2021 at 5:00 p.m. (ET)** as the deadline for all persons or entities to file proofs of claim based on claims against any Debtor that arose prior to the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within twenty (20) days before the Petition Date (each, a "**Section 503(b)(9) Claim**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pipeline Foods, LLC (5070); Pipeline Holdings, LLC (5754); Pipeline Foods Real Estate Holding Company, LLC (7057); Pipeline Foods, ULC (3762); Pipeline Foods Southern Cone S.R.L. (5978); and Pipeline Foods II, LLC (9653). The Debtors' mailing address is 6499 University Avenue NE, Suite 200, Fridley, MN 55432.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Government Bar Date**: **January 10, 2022 at 5:00 p.m. (ET)** shall be the deadline for all Governmental Units (as such term is defined in section 101(27) of the Bankruptcy Code) to file proofs of claim based on claims against any Debtor that arose prior to the Petition Date.

**Rejection Damages Bar Date:** Any persons or entities, other than Governmental Units (as such term is defined in section 101(27) of the Bankruptcy Code), that assert a claim that arises from the rejection of an executory contract or unexpired lease must file a proof of claim based on such rejection by the later of (i) the General Bar Date or (ii) the date that is thirty (30) days following service of the order authorizing such rejection (unless the rejection order provides otherwise).

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Bankruptcy Management Solutions d/b/a Stretto ("**Stretto**"), by telephone at (855) 288-5577, or by email at Teampipelinefoods@stretto.com, (ii) contact the Debtors' attorneys, Saul Ewing Arnstein & Lehr LLP, Attn: Monique B. DiSabatino, Esq., by email (monique.disabatino@saul.com) or telephone (302) 421-6800, or (iii) visit the case website maintained by Stretto at https://cases.stretto.com/PipelineFoods/. Please note that Stretto is not permitted to give you legal advice. Stretto cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Schedules, the Bar Date Order and other filings in these cases free of charge at https://cases.stretto.com/PipelineFoods/ or on the Court's electronic docket for a fee at http://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).